FILED
CLERK, U.S. DISTRICT COURT

SEP 19 2013

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> Derrick Deval Wallace, JR. ) <br> Defendant. ) | Case No.: CR05-00822-R <br> ORDER OF DETENTION <br> (FED. R. CRIM. P. 32.1(a)(6); 18 <br> U.S.C. § 3143(a)) |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A.  (✓)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- History of Supervision Violations
- Lack of Bail Resources
- Underlying Allegations

1

and/or

B.  ( )  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 9/19/13

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2